IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ X
                                                             :
POLYGON LABS SERVICES (DELAWARE)                             :
INC.,                                                        :
                                                             :
                    Plaintiff,                               :   Civil Action No.  22-cv-01426-CFC
                                                             :
         v.                                                  :
                                                             :
POLYGON.IO, INC.,                                            :
                                                             :
                    Defendant.                               :
                                                             :
------------------------------------------------------------ X
```

**PLAINTIFF POLYGON LABS SERVICES (DELAWARE) INC.'S
<u>AMENDED RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Polygon Labs Services (Delaware) Inc. ("Polygon Labs") hereby states the following:

1. Polygon Labs is a wholly-owned subsidiary of Polygon Labs Holdings (Cayman) Ltd.

2. To Polygon Labs' knowledge, no publicly held corporation owns 10% or more of an interest in Polygon Labs.

Dated:  February 13, 2023

| | |
|---|---|
| OF COUNSEL:<br><br>FRANKFURT KURNIT KLEIN & SELZ, P.C.<br>Kimberly M. Maynard<br>28 Liberty Street, 35th Floor<br>New York, New York 10002<br>Tel: 212.980.0120<br>kmaynard@fkks.com<br><br><br>Jeremy S. Goldman<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Tel: 310.579.9600<br>jgoldman@fkks.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6727<br>agaza@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Polygon Labs Services (Delaware) Inc.* |